479 A.2d 1151

Sklaroff v. Temple Mut. Ins. Co., Appellant.

 Submitted February 3, 1984. Maureen E. Hailey, for appellant; Steven B. Berger, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Reverse and remand.

479 A.2d 1151

Simon, Appellant, v. U.S. Fidelity.

 Submitted May 4, 1984. Larry E. Coploff, for appellant; Jonathan E. Butterfield, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Appeals quashed.